# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 8, 2008

Charles R. Fulbruge III
Clerk

No. 08-20222
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ARISTEO SANTANA SALGADO, also known as Michael Gonzalez Carlon, also known as Israel Esparza, also known as Michael Santana Carreon, also known as Israel Esparza Carreon, also known as Michael Salgado

Defendant-Appellant

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-CR-261-ALL

---

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Aristeo Santana Salgado presents arguments that he concedes are foreclosed by United States v. Daugherty, 264 F.3d 513, 518 (5th Cir. 2001), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g) (2006). Appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.